## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>    Dennis A. Rhoads<br><br>                        Debtor | Chapter 13<br><br>Bankruptcy No. 08-20043 |

## ORDER

AND NOW, this **28** day of February 2008, upon consideration of the Debtors'

Application For Extension of Time to File Schedules and Chapter 13 Plan, ~~and it appearing that~~

~~good cause for granting an extension of time has been shown,~~ , *Application is denied.* ✱

IT IS HEREBY ORDERED that the Debtor ~~is granted an extension of time, to March 8,~~

~~2008, in order to file the schedules, Chapter 13 Plan and statements required to be filed by~~

~~National Bankruptcy Rule 1007.~~

✱ *See Section 521(i).*

BY THE COURT:

*R WEZ̲ (signature)*

United States Bankruptcy Judge

Michael D. Hess, Esquire
Burke & Hess
951 Rohrerstown Road
Suite 102
Lancaster, PA  17601
Counsel for the Debtors

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107