## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DENNIS A. RHODES | : | |
|           Debtor | : | Bk. No.  08-20043 REF |
| | : | |
| BANK OF NEW YORK AS TRUSTEE FOR THE | : | Chapter No.  13 |
| CERTIFICATEHOLDERS OF CWABS, INC. ASSET- | : | |
| BACKED CERTIFICATES, SERIES 2005-05 | : | |
| | : | |
|           Movant | : | |
| | : | 11 U.S.C. §362 |
|           v. | : | |
| | : | |
| DENNIS A. RHODES | : | |
|           Respondent | : | |

### OBJECTION OF BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-05 TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

Movant, **BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-05** (hereinafter referred to as "Movant"), by its attorneys Phelan Hallinan & Schmieg, LLP hereby objects to confirmation of the Debtor's Chapter 13 Plan as follows:

1. Movant is **BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-05**.

2. Debtor is DENNIS A. RHODES.

3. Movant filed a Proof of Claim in the amount of $9,875.23 for pre-petition arrears.  A copy of the Proof of Claim is attached hereto as Exhibit "A" and made a part hereof.

4. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5. Debtor's Plan currently provides no payment to Movant for pre-petition arrears.

6. Movants Proof of Claim list a total claim in the amount of $41,683.45.

7. Debtor's Plan currently lists the total claim amount of $31,825.00. A copy of Debtor's Plan is attached hereto as Exhibit "B" and made a part hereof.

      WHEREFORE, **BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-05** respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

      Respectfully submitted,

<u>/s/ JAY B. JONES, ESQUIRE</u>
PHELAN HALLINAN & SCHMIEG, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Dated:  June 19, 2008