**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 08-20043 |
| Dennis A. Rhodes | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**
**(PROOF OF CLAIM NO. 4)**

      Debtor, Dennis A. Rhodes, by and through his counsel, Burke & Hess, hereby files this Objection to the Proof of Claim of Pennsylvania Department of Revenue (Proof of Claim No. 4), and in support thereof aver as follows:

1. Debtor filed a Chapter 13 bankruptcy petition to the above-captioned docket number on January 10, 2008.

2. Pennsylvania Department of Revenue has filed Proof of Claim No. 4. A copy of Proof of Claim No. 4, is attached hereto as Exhibit "A" and is incorporated herein by reference.

3. Debtor objects to Proof of Claim No. 4 for the following reason:

   i.   Taxes have been filed and no liability is due.

      WHEREFORE, Debtor respectfully requests an Order that Proof of Claim No. 4 is disallowed in its entirety.

                                          Respectfully submitted,

                                          Burke & Hess

Dated: September 18, 2008        By: /s/ Michael D. Hess
                                          951 Rohrerstown Road
                                          Lancaster, PA  17601
                                          (717) 391-2911