**UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :       BANKRUPTCY NO: 08-20043
    **Dennis A. Rhodes**           :
           **Debtor**                  :

**AMENDED CHAPTER 13 PLAN**

The Debtor(s) propose(s) the following Chapter 13 Plan and make the following declarations:

**I.  PROPERTIES AND FUTURE EARNINGS SUBJECT TO SUPERVISION AND CONTROL OF THE TRUSTEE:**

   1. Future earnings/income of    **$250.00** monthly for **24** months.

                                           **$300.00** monthly for **36** months.

   2. Payor to be the Debtor(s).

**II.  TREATMENT OF CLAIMS:**

**Claims are classified as set forth and paid in the following order as stated:**

   1. Debtor shall pay in full all allowed claims entitled to priority under 11 USC Section 507, including the following Administrative Priority Claims:

      THE TRUSTEE SHALL BE COMPENSATED AT THE AMOUNT AS DETERMINED BY THE OFFICE OF THE U.S. TRUSTEE, NOT TO EXCEED 10%, PLUS APPLICABLE FEES. THIS AMOUNT SHALL BE PAID IN THE MANNER COMMONLY USED WITHIN THE DISTRICT.

   2. DEBTORS' ATTORNEY FEES TO BE PAID UNDER PLAN IN SUCH AMOUNT AS MAY BE APPROVED BY THE COURT, TO BE PAID BEFORE OTHER CLAIMS (OTHER THAN THE TRUSTEE).

      ALL APPROVED ATTORNEY FEES ARE TO BE MADE PAYABLE TO BURKE & HESS FROM THE TRUSTEE 'S OFFICE FROM FEES FROM THE CHAPTER 13 PLAN.

3. The following claims are secured by interests in real property that is the principal residence of the Debtor(s). Defaults shall be cured and regular payments shall be made.

    Countrywide Home Loans        TOTAL CLAIM:  $41,683.45

                                                      ARREARAGE: $9,875.23

ROUTINE MONTHLY PAYMENTS TO BE MADE BY DEBTOR(S) DIRECTLY TO THE MORTGAGE COMPANY. ARREARAGE PAYMENTS TO BE MADE BY TRUSTEE UNDER THE PLAN. UNLESS OTHERWISE STATED, THE CLAIMS SHALL BE PAID AS SET FORTH IN THE PROOF OF CLAIM FILED OR AS MODIFIED.

4. The following claims are secured by interest in personal property or motor vehicles. Defaults shall be cured and regular monthly payments shall be made.

    None                                      TOTAL CLAIM:  $0.00

ROUTINE MONTHLY PAYMENTS TO BE MADE BY DEBTOR(S) DIRECTLY TO THE LENDING COMPANY. ARREARAGE PAYMENTS TO BE MADE BY TRUSTEE UNDER THE PLAN.

ANY OTHER ALLOWED SECURED CLAIMS FILING PROOFS OF CLAIM WITHOUT OBJECTION SHALL BE PAID IN FULL UNDER THE PLAN.

5. All priority claims shall be paid in full under the plan.

ANY OTHER ALLOWED PRIORITY CLAIMS FILING PROOFS OF CLAIM WITHOUT OBJECTION SHALL BE PAID IN FULL UNDER THE PLAN.

6. **TOTAL PLAN PAYMENTS:     $16,800.00**

7. Unsecured non-priority claims are of one class and shall be paid pro-rata. The fair market value of property available for distribution to unsecured non-priority creditors pursuant to a Chapter 7 bankruptcy would be $0.00.

                                          BURKE & HESS
                                         951 Rohrerstown Road, Suite 102
                                         Lancaster, PA  17601-1974

                                         **/s/ Michael D. Hess**