**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **DENNIS A. RHODES** | : | |
|                       Debtor | : | Bk. No. 08-20043 REF |
| | : | |
| **COUNTRYWIDE HOME LOANS** | : | Chapter No. 13 |
| | : | |
|                       **Movant** | : | |
| | : | |
|            v. | : | |
| | : | |
| **DENNIS A. RHODES** | : | |
| | : | |
|            and | : | |
| | : | |
| **FREDERICK L. REIGLE, ESQUIRE(TRUSTEE)** | : | |
|                       **Respondents** | : | |
| | : | |

**Mortgage Analysis for Payment Change**

And now comes **COUNTRYWIDE HOME LOANS,** the secured creditor, by and through its Counsel, Phelan Hallinan & Schmieg, LLP and gives notice to the Chapter 13 Trustee, the Debtors and Debtors; Counsel that the monthly post-petition payment amount is $444.31 per month, effective with the April 1, 2009 mortgage payment. A copy of the Payment Change Notification is attached hereto as Exhibit "A" and made a part hereof.

April 6, 2009

                                                  /s/ ANDREW L. SPIVACK, ESQUIRE
                                                  ANDREW L. SPIVACK, ESQUIRE
                                                  Phelan Hallinan & Schmieg, LLP
                                                  One Penn Center at Suburban Station
                                                  1617 John F. Kennedy Boulevard, Suite 1400
                                                  Philadelphia, PA 19103-1814