IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      :        CASE NO: 08-20043
                                                            :
Dennis A. Rhodes                                            :
                                                            :        CHAPTER 13
                        Debtor                              :

## ORDER

AND NOW, this __4__ day of __August__, 2009, upon consideration of the fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved and the applicant may receive fees of $3,500.00 and $26.50 is for expense reimbursement of which $3,300.50 shall be paid through the plan as a non-dischargeable Administrative Priority claim.

_____
J.