UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

                                                :

DENNIS A RHODES                                 :

                                                :    Bankruptcy No. 0820043

                    Debtor(s)                   :    Chapter 13

\* \* \* \* \* \* \* \* \* \*

HEARING TO BE HELD:

Date: **01/28/10**
Time: **09:00 A.M.**
Place: United States Bankruptcy Court
        Courtroom #1, 3rd Floor
        The Madison
        400 Washington Street
        Reading, PA 19601

\* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Frederick L. Reigle, the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

WHEREFORE, the Movant requests that the Court, after hearing, enter an Order dismissing this case.

Date:   January 6, 2010                                    Respectfully submitted,


                                                           /S/ Frederick L. Reigle, Esq.

                                                           FREDERICK L. REIGLE, Esq.,
                                                           Standing Chapter 13 Trustee
                                                           P.O. Box 4010
                                                           Reading, Pennsylvania 19606
                                                           Telephone:  (610) 779-1313